IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 07-cr-00056-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GEORGINA BRITO,

    Defendant.

---

### ORDER RESCHEDULING FINAL TRIAL PREPARATION CONFERENCE
---

Due to the Court's calender, the Final Trial Preparation Conference currently set for April 20, 2007, at 8:30 a.m. is rescheduled to **Wednesday, April 18, 2007, at 8:30 a.m.**

DATED: March 2, 2007.

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge