IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **07-cr-56-JLK**

**UNITED STATES OF AMERICA,**

       Plaintiff,

v.

**1.  GEORGINA BRITO,**

       Defendant.

## ORDER

Kane, J.

The Unopposed Motion for Enlargement of Time in Which to File Additional Pre-Trial Motions (doc. #21), filed March 20, 2007, is GRANTED. Defendant shall have until May 7, 2007 to file additional pre-trial motions.

Dated this 22nd day of March, 2007.

                                              BY THE COURT:

                                              *S/John L. Kane*
                                              Senior Judge, United States District Court