IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **07-cr-56-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**1.  GEORGINA BRITO,**

        Defendant.

## ORDER

Kane, J.

The Defendant's Second Unopposed Motion for Enlargement of Time in Which to File Additional Pre-Trial Motions (doc. #29), filed May 4, 2007, is GRANTED.  The Defense shall have until May 28, 2007 to file additional pre-trial motions and the Government shll have until June 14, 2007 to respond to any motions filed.

Dated this 4th day of May, 2007.

        BY THE COURT:

        *S/John L. Kane*

        Senior Judge, United States District Court