# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Criminal Case No. 07-cr- 00056-JLK**

**UNITED STATES OF AMERICA,**
    **Plaintiff,**
**v.**

**1. GEORGINA BRITO,**
    **Defendant.**

## ORDER

Kane, J.

The Defendant's Third Unopposed Motion for Enlargement of Time in Which to File Additional Pre-Trial Motions And To Allow Motions To Be Filed Out Of Time (doc. #32), filed May 31, 2007, is GRANTED. The Defense shall have until July 13, 2007 to file additional pre-trial motions and the Government shall have until July 27, 2007 to respond to any motions filed. The hearing on pending motions scheduled for June 28, 2007 at 10:00 a.m. is VACATED. The parties shall contact the court no later than June 8, 2007 to reschedule the hearing on all pending motions.

Dated this 31st day of May, 2007.

BY THE COURT:

*s/John L. Kane*
John L. Kane, Senior Judge
United States District Court