## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior Judge John L. Kane

___

| | |
|---|---|
| Courtroom Deputy: Valeri P. Barnes | Date: December 11, 2007 |
| Court Reporter: Darlene Martinez | Probation: Laura Ansart |

___

| | |
|---|---|
| Criminal Action No. 07-cr-00056-JLK | _Counsel:_ |
| UNITED STATES OF AMERICA, | James Boma |
| Plaintiff, | |
| v. | |
| GEORGINA BRITO, | Mitchell Baker |
| Defendant. | |

___

## COURTROOM MINUTES - SENTENCING
___

**2:05 p.m.    Court in session.**

Defendant present on bond.

> Defendant plead guilty to Count One of the Indictment on September 12, 2007

**ORDERED:** Government's Motion for Sentencing Reduction Under the Provisions of §5L1.1 U.S. Sentencing Guidelines, and Title 18, United States Code, Section 3553(e) **(51)** is **granted.**

**ORDERED:** Government's Motion to Dismiss Count Two of the Indictment **(52)** is **granted.**

**ORDERED:** Government's Motion for Defendant to Receive the Third Level for Acceptance of Responsibility Under U.S.S. G §3E1.1(b) **(53)** is **granted.**

**ORDERED:** All other outstanding motions **(18), (19), (20),** and **(40)** are **denied as moot.**

**ORDERED:** Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of **time served.**

**ORDERED**: Upon release from imprisonment, defendant shall be placed on supervised release for a period of **five years.**

**ORDERED**: Conditions of supervised release:

- (X) Defendant shall report immediately, in person, to the probation office in the district to which the defendant is released.
- (X) Defendant shall not commit another federal, state or local crime.
- (X) Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.
- (X) Defendant shall comply with standard conditions adopted by the court.
- (X) Defendant shall not unlawfully possess a controlled substance.
- (X) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter.
- (X) Defendant shall cooperate in the collection of DNA as directed by the probation officer.

**SPECIAL CONDITIONS** of supervised release:

- (X) Defendant shall participate in a program of mental health treatment, as directed by the probation officer, until such time as Defendant is released from the program by the probation officer. Defendant will be required bo pay the cost of treatment as directed by the probation officer. The probation officer is authorized to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment.

**ORDERED:** Defendant shall pay a special assessment of $100.00 which is due and payable immediately.

**ORDERED:** No fine is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

Defendant is advised of the right to appeal.

**2:14 p.m.    Court in recess/hearing concluded.**

Total in-court time: 00:09